STONE *v.* SLEEPER.

Personal property in the possession of a bailee, under an agreement that it shall be his when paid for, does not become his in violation of the agreement.

Trover.   Facts found by a referee.   The plaintiff's goods were in the possession of Pomfret, under an agreement that they should be his when he paid for them.   Without paying for them, Pomfret absconded, and gave a bill of sale of all his " claim, right, and title to " them to Carpenter, one of his creditors, who had notice of the plaintiff's claim.   Carpenter sold the goods to the defendant.

*Pike & Parsons*, for the plaintiff.

*E. B. S. Sanborn*, for the defendant

Doe, C. J.   The plaintiff is entitled to judgment.   *Holt* v. *Holt*, 58 N. H. 276; *Weeks* v. *Pike*, 60 N. H. 447; *Luther* v. *Cote*, 61 N. H. 129; *Gould* v. *Blodgett*, 61 N. H. 115.

*Case discharged.*

Stanley, J., did not sit: the others concurred.